## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **FAUSTINO PUMAREJO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| **THE UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## COMPLAINT

COMES NOW Faustino Pumarejo, Plaintiff and files this his Complaint complaining of the United States of America, Defendant and respectfully shows the Court as follows:

### Parties

1. Plaintiff, Faustino Pumarejo, is a citizen of Texas and resident of Houston, Harris County, Texas.

2. Defendant, the United States of America, may be served by sending a copy of the summons and the complaint in person or by registered or certified mail to Thomas J. Marshall, General Counsel for United States Postal Service, 475 L'Enfant Plaza SW, Washington, DC 20260-1100

### Jurisdiction

3. The court has jurisdiction over the lawsuit because the action arises under the *Federal Tort Claims Act,* 28 U.S.C. §1346(b) *et. seq.*

### Conditions Precedent

4. Before this action was instituted, the claims set forth herein were properly presented to the United States Postal Service ("USPS"), an agency of Defendant, the United

States of America, on January 11, 2024. To date, the USPS has not responded to Plaintiff's claims. Pursuant to 28 U.S.C. §2675(a), the failure of the USPS to make a final disposition of Plaintiff's claims within 6 months after they were filed is being deemed a final denial of Plaintiff's claims.

## Facts

5. On or about August 9, 2023, at approximately 12:46 p.m., Eli Green drove a vehicle – which was owned and maintained by USPS - out of a parking lot onto Bauman Road in Houston, Harris County, Texas and collided with the 1999 Ford Ranger in which Plaintiff was traveling southbound on Bauman Road. The impact from the collision caused the 1999 Ford Ranger to veer off Bauman Road and it came to rest in a nearby ditch. At the time of the said collision, Eli Green was acting within the course and scope of his employment with the USPS.

6. As a result of this collision, Plaintiff suffered personal injuries; the most severe injuries were to his neck and Right shoulder. Plaintiff also sustained damage to his 1999 Ford Ranger.

## Damages

7. As a proximate result of the negligent acts, conduct and/or omissions of the agent(s) and/or employee(s) of the USPS, Plaintiff suffered physical pain, mental anguish, reasonable and necessary medical care at the cost of $23,561.60, physical impairment and property damage to his 1999 Ford Ranger in the amount of $4,143.75. Plaintiff brings this suit to recover his damages in the amount of $69,143.75.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein as required by law, that upon final hearing the Plaintiff have judgment against the Defendant for such sums of money as he may be shown to be justly and

reasonably entitled under the evidence introduced at the trial of this cause, for all costs of suit, for interest at the rate and for the periods permitted by law, together with such other and further relief as the Plaintiff may justly show himself to be justly entitled, either at law or in equity.

        Respectfully submitted,

        LAW OFFICES OF ALEXANDER M. GUREVICH, PC

        /s/ Alexander M. Gurevich
        Alexander M. Gurevich
        Attorney-in-Charge
        Texas Bar No. 00793183
        USDC No. 22340
        3401 Houston Ave.
        Houston, Texas 77009
        Telephone: (713) 224-9600
        Facsimile:  (713) 223-2530
        ag@agurlaw.com
        Lead Attorney for Plaintiff